1  **SETH P. CHAZIN (CSBN 133777)**
   Attorney at Law
2  **LAW OFFICES OF SETH P. CHAZIN**
   **1164 Solano Avenue**
3  **Albany CA 94706**
   **Telephone:  (510) 507-8100**
4  **Facsimile:   (510) 525-0087**

5  **Counsel for Defendant ALI KHAN**

6

7  IN THE UNITED STATES DISTRICT COURT

8  FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,        )   No.  CR-03-40210 WDB
                                     )
11 |                  Plaintiff,     )   STIPULATION AND [P~~ROPOSED~~]
                                     )   ORDER FOR CONTINUANCE
12 | vs.                             )
                                     )
13 | ALI KHAN                        )
                                     )
14 |                                 )
                    Defendant.       )
15 _____

16     The above-captioned matter is set for motion hearing on June 18, 2012, before this Court. The

17 parties jointly request that the Court continue the matter to June 19, 2012 at 9:30 a.m.

18     Counsel for the defendant, Seth P. Chazin, is unavailable on June 18th as he is scheduled for a

19 hearing in the Eastern District of California in the matter of *United States vs. Andy Yung Kwong*

20 *Chan, et al.* on that day.  Accordingly, the parties request that this matter be continued to June 19,

21 2012.

22

23 **June 12, 2012**                        /s/
                                           **KIRSTIN AULT**
                                           **Assistant United States Attorney**
24

25 **June 12, 2012**                        /s/
                                           **SETH P. CHAZIN**
26                                         **Counsel for ALI KHAN**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>ALI KHAN )<br>)<br>)<br>    Defendant. ) | No. CR-03-40210 WDB<br><br>[PROPOSED] ORDER FOR CONTINUANCE |

   GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT the motion hearing set for June 18, 2012 shall be continued to June 19, 2012 at 9:30 a.m.

**IT IS SO ORDERED.**

**Dated: June 14, 2012**          _____
                             **MAGISTRATE JUDGE KANDIS WESTMORE**

2